IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ojea, Rosa | Case Number: 04 B 46191 |
|---|---|---|
| | Ojea Jr, John | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 4/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: June 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 109,800.00 | |
| Secured: | | 85,569.50 |
| Unsecured: | | 9,686.73 |
| Priority: | | 0.00 |
| Administrative: | | 5,055.00 |
| Trustee Fee: | | 5,337.47 |
| Other Funds: | | 4,151.30 |
| Totals: | 109,800.00 | 109,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Barry A. Chatz | Administrative | 2,500.00 | 2,500.00 |
| 2. | Joseph A. Baldi | Administrative | 2,555.00 | 2,555.00 |
| 3. | Great Bank | Secured | 4,601.15 | 4,601.15 |
| 4. | Guaranty Bank | Secured | 57,368.35 | 57,368.35 |
| 5. | Chase Bank | Secured | 23,600.00 | 23,600.00 |
| 6. | Chase Bank | Unsecured | 2,292.98 | 3,275.68 |
| 7. | Resurgent Capital Services | Unsecured | 704.71 | 1,006.73 |
| 8. | RoundUp Funding LLC | Unsecured | 3,783.02 | 5,404.32 |
| 9. | ECast Settlement Corp | Unsecured | 4,707.44 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 1,367.35 | 0.00 |
| 11. | HSBC Bank USA | Secured | | No Claim Filed |
| 12. | Arnstein & Lehr | Priority | | No Claim Filed |
| 13. | Joseph Baldi & Assoc | Priority | | No Claim Filed |
| 14. | Household Credit Services | Unsecured | | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 16. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 17. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 18. | Household Credit Services | Unsecured | | No Claim Filed |
| 19. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 20. | Amex Assurance | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Discover Financial Services | Unsecured | | No Claim Filed |
| 24. | Exxon Mobil | Unsecured | | No Claim Filed |
| 25. | Great Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ojea, Rosa | Case Number: 04 B 46191 |
|---|---|---|
| | Ojea Jr, John | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 4/14/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Shell Credit Card | Unsecured | | No Claim Filed |
| 27. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 103,480.00 | $ 100,311.23 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 356.99 |
| 5.5% | 1,509.76 |
| 5% | 457.50 |
| 4.8% | 878.40 |
| 5.4% | 1,916.46 |
| 6.5% | 218.36 |
| | _____ |
| | $ 5,337.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____